216 F.2d 191
 Raymond J. DOHERTY, Plaintiff-Appellee,
v.
NEW YORK CENTRAL RAILROAD COMPANY, Defendant-Appellant.
 No. 73, Docket 23168.
 United States Court of Appeals Second Circuit.
 Argued Oct. 8, 1954.
Decided Oct. 8, 1954.
 
 Appeal from the United States District Court for the Western District of New York; John Knight, Judge.
 Brown, Kelly, Turner & Symons, Buffalo, N.Y. (John E. Leach, Buffalo, N.Y., of counsel), for defendant-appellant.
 McElroy, Young, Mahley & Dunn, Syracuse, N.Y. (William C. Martin, Syracuse, N.Y., of counsel), for plaintiff-appellee.
 Before CLARK, Chief Judge, and L. HAND and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed in open court.